Date: 05/24/11                                                                                                                    Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 10-13764 - MCGEHEE, DAVID LLOYD

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Asset Acceptance LLC**<br>**Po Box 2036**<br>**Warren MI 48090**<br>    (7-1) 21926435 | 000007 | 145.12 | 2.79 |

---------- Remittance Total ---------------                                              145.12                 2.79

_____
SUSAN MANCHESTER, Trustee